# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

J.S.

Plaintiff(s)/Petitioner(s)

v.

KENT SCHOOL DISTRICT et al.

Defendant(s)/Respondent(s)

Case No. 2:26-cv-00455-SRM-DFM

**ORDER RE: REPORT AND RECOMMENDATION ON REQUEST TO PROCEED *IN FORMA PAUPERIS***

CIVIL RIGHTS, HABEAS, AND SOCIAL SECURITY

The Court has reviewed the Report and Recommendation prepared by the United States Magistrate Judge on Plaintiff(s)'/Petitioner(s)' Request to Proceed *In Forma Pauperis* and the documents submitted with the IFP Request. The Court:

- ☒ accepts the findings, conclusions and recommendations of the Magistrate Judge.
- ☐ rejects the findings, conclusions and recommendations of the Magistrate Judge.
- ☐ ________________ , the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Request to Proceed *In Forma Pauperis* is:

- ☐ **DENIED**. Plaintiff/Petitioner must pay the filing fees in full within 30 days of this order.
- ☒ **DENIED**. This case is DISMISSED ☒ with prejudice. ☐ without prejudice. **(JS-6).**
- ☐ **DENIED**, with leave to amend ☐ the IFP application ☐ the complaint/petition within 30 days. If Plaintiff/Petitioner fails to submit the required documents within 30 days, this case will be dismissed.
- ☐ **GRANTED**.
- ☐ **GRANTED**. **IT IS FURTHER ORDERED that:**

  In accordance with 28 U.S.C. § 1915, the prisoner-Plaintiff owes the Court the total filing fee of $350.00. An initial partial filing fee of $_____ must be paid within 30 days of this Order. Thereafter, monthly payments must be forwarded to the Court in accordance with 28 U.S.C. § 1915(b)(2). Failure to pay the filing fee, as ordered, may result in dismissal of the case.
- ☐ **GRANTED;**
  - ☐ the Court will screen the complaint under 28 U.S.C. § 1915(e)(2)(B) and, if applicable, § 1915A.
  - ☐ the Court will screen the petition under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

☐ Other**:**

Dated: 7/29/2026

By: [signature]

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE